JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CASSAUNDRA ALYSSA SWINGLE,          ) Case No. EDCV 23-1299-JPR
                                    )
                    Plaintiff,      )
                                    )          **J U D G M E N T**
          v.                        )
                                    )
MARTIN O'MALLEY,                    )
Commissioner of Social             )
Security,                           )
                                    )
                    Defendant.      )
_____   )

     For the reasons set forth in the accompanying Memorandum
Decision and Order, it is ADJUDGED THAT the Commissioner's
request for an order affirming his final decision is GRANTED and
judgment is entered in the Commissioner's favor.


DATED: June 24, 2024

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE